**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael A. Fabian                       CHAPTER 13
       Denise R. Fabian
                Debtor(s)                       BKY. NO. 21-20281 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of BRAVO Residential Funding Trust 2021-B and index same on the master mailing list.

                                 Respectfully submitted,

                                 /s/ Maria D. Miksich
                                 Maria Miksich
                                 23 Jun 2021, 14:36:44, EDT
                                 Brian C. Nicholas, Esq. (317240) ☐
                                 Maria D. Miksich, Esq. (319383) ☑
                                 Rebecca A. Solarz, Esq. (315936) ☐
                                 KML Law Group, P.C.
                                 BNY Mellon Independence Center
                                 701 Market Street, Suite 5000
                                 Philadelphia, PA 19106
                                 412-430-3594
                                 bkgroup@kmllawgroup.com