# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** MICHAEL A. & DENISE R. FABIAN
- **Case Number:** 21-20281-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 12, 2021 09:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#13 - Continued Confirmation of Plan Dated 2/24/2021 (NFC)
#23 Objection of BRAVO Residential Funding Trust
R / M #: 13 / 0

**Appearances:** Spyra

- Debtor:
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to 11/18/21 at 9:00 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____. Objections are due on or before _____. A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____
10. ____ Other:

Handwritten notes: Case has unfiled tax returns and $72K IRS claim (POC 17) that renders plan unfeasible. Cont't for filed returns & objection to IRS claim if indicated.

FILED
8/13/21 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA