Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael A. Fabian** | : | Case No. 21−20281−CMB |
| **Denise R. Fabian** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 6th of October, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20281-CMB |
| Michael A. Fabian | Chapter 13 |
| Denise R. Fabian | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 3 |
| Date Rcvd: Oct 06, 2021 | Form ID: 309 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Fabian, Denise R. Fabian, 509 South Summit Street, Derry, PA 15627-1439 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15366361 | | BRAVO Residential Funding Trust 2021-B, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15338139 | + | Bon Ton, c/o DNF Associates, 2351 N. Forest Road, Getzville, NY 14068-9902 |
| 15338140 | + | Capital One Bank Bank USA, N.A., c/o The Bureaus, Inc., 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15338149 | + | Fay Servicing LLC, 1601 LBJ Freeway, Dallas, TX 75234-6512 |
| 15340061 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 15338151 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15338152 | + | Michael T. McKeever, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15341455 | + | Peoples Natural Gas Company LLC, c/o GRB Law, Frick Bldg., 437 Grant St., 14th Fl, Pittsburgh, PA 15219-6101 |
| 15338154 | + | Southern CA, 2420 Professional Dr., Rocky Mount, NC 27804-2253 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2021 03:08:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 07 2021 03:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15344739 | | EDI: GMACFS.COM | Oct 07 2021 03:08:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15338138 | + | EDI: GMACFS.COM | Oct 07 2021 03:08:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15365967 | + | EDI: RECOVERYCORP.COM | Oct 07 2021 03:08:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15342676 | | EDI: CAPITALONE.COM | Oct 07 2021 03:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15338141 | + | EDI: CAPITALONE.COM | Oct 07 2021 03:08:00 | Capital One Bank USA, N.A, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15338144 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:10:56 | Capital One Bank USA, N.A., c/o LVNV Funding, LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15338145 | + | EDI: WFNNB.COM | Oct 07 2021 03:08:00 | Comenity Bank/Buckles, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15338146 | + | EDI: WFNNB.COM | Oct 07 2021 03:08:00 | Comenity Bank/Maurices, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15338147 | + | EDI: WFNNB.COM | Oct 07 2021 03:08:00 | Comenity Bank/Victorias Secret, P.O. Box |

Case 21-20281-CMB    Doc 42    Filed 10/08/21    Entered 10/09/21 00:30:20    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 06, 2021 | Form ID: 309 | Total Noticed: 37 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 182789, Columbus, OH 43218-2789 |
| 15338148 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:11:05 | Credit One Bank, N.A., c/o LVNV Funding, PO Box 10826, Greenville, SC 29603-0826 |
| 15338150 | + | EDI: IRS.COM | Oct 07 2021 03:08:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15339213 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 23:11:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15347669 | + | EDI: MID8.COM | Oct 07 2021 03:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15356603 | | EDI: PRA.COM | Oct 07 2021 03:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15354588 | | EDI: PENNDEPTREV | Oct 07 2021 03:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15354588 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 06 2021 23:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15338153 | + | EDI: CCUSA.COM | Oct 07 2021 03:08:00 | Physical Therapy Institute, c/o Credit Collection USA, 16 Distributor Drive, Morgantown, WV 26501-0121 |
| 15338156 | + | EDI: RMSC.COM | Oct 07 2021 03:08:00 | SYNCB/HSN, P.O. Box 965017, Orlando, FL 32896-5017 |
| 15338157 | + | EDI: RMSC.COM | Oct 07 2021 03:08:00 | SYNCB/PPMC, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15338155 | + | EDI: IIC9.COM | Oct 07 2021 03:08:00 | Sprint, c/o IC System, Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 15358259 | + | EDI: RMSC.COM | Oct 07 2021 03:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15338158 | + | EDI: PRA.COM | Oct 07 2021 03:08:00 | Synchrony Bank, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 15338392 | + | EDI: RMSC.COM | Oct 07 2021 03:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15345402 | + | EDI: LCIFULLSRV | Oct 07 2021 03:08:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15361493 | | EDI: AIS.COM | Oct 07 2021 03:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | BRAVO Residential Funding Trust 2021-B |
| cr | | BRAVO Residential Funding Trust 2021-B c/o Select |
| 15338159 | | Verizon |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 15338143 | *+ | Capital One Bank USA, N.A., P.O Box 31293, Salt Lake City, UT 84131-0293 |
| 15338142 | *+ | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 3 |
| Date Rcvd: Oct 06, 2021 | Form ID: 309 | Total Noticed: 37 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Joseph Osborne | on behalf of Creditor BRAVO Residential Funding Trust 2021-B c/o Select Portfolio Servicing Inc. bosborne@hoflawgroup.com, pfranz@hoflawgroup.com |
| Dennis J. Spyra | on behalf of Joint Debtor Denise R. Fabian attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Dennis J. Spyra | on behalf of Debtor Michael A. Fabian attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Maria Miksich | on behalf of Creditor BRAVO Residential Funding Trust 2021-B mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7