**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MICHAEL A. FABIAN
    DENISE R. FABIAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Respondents.

Case No.:21-20281

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/10/2021 and confirmed on 03/23/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,000.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,016.09 | |
|   Trustee Fee | 420.00 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,436.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BRAVO RESIDENTIAL FUNDING TRUST 202 | 0.00 | 4,751.89 | 0.00 | 4,751.89 |
|   Acct: 3875 | | | | |
| BRAVO RESIDENTIAL FUNDING TRUST 202 | 14,734.28 | 0.00 | 0.00 | 0.00 |
|   Acct: 3875 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,437.15 | 0.00 | 0.00 | 0.00 |
|   Acct: 6346 | | | | |
| ALLY BANK(*) | 10,198.95 | 2,380.14 | 431.88 | 2,812.02 |
|   Acct: 1524 | | | | |
| | | | | 7,563.91 |
| **Priority** | | | | |
| DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MICHAEL A. FABIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DENNIS J SPYRA & ASSOCIATES | 4,250.00 | 1,016.09 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6346 | | | | |
| INTERNAL REVENUE SERVICE* | 72,566.89 | 0.00 | 0.00 | 0.00 |
| Acct: 3661 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4828 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4095 | | | | |
| TEA OLIVE LLC | 1,618.32 | 0.00 | 0.00 | 0.00 |
| Acct: 6133 | | | | |
| BUREAUS INVESTMENT GROUP PORTFOL | 539.10 | 0.00 | 0.00 | 0.00 |
| Acct: 2210 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,674.90 | 0.00 | 0.00 | 0.00 |
| Acct: 0576 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,860.18 | 0.00 | 0.00 | 0.00 |
| Acct: 8187 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 2,518.27 | 0.00 | 0.00 | 0.00 |
| Acct: 7853 | | | | |
| LVNV FUNDING LLC | 600.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6129 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,587.31 | 0.00 | 0.00 | 0.00 |
| Acct: 5003 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 336.49 | 0.00 | 0.00 | 0.00 |
| Acct: 5066 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,632.23 | 0.00 | 0.00 | 0.00 |
| Acct: 9314 | | | | |
| LVNV FUNDING LLC | 609.85 | 0.00 | 0.00 | 0.00 |
| Acct: 9640 | | | | |
| MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0121 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9701 | | | | |
| SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2046 | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5119 | | | | |
| SYNCHRONY BANK | 2,645.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1688 | | | | |
| SYNCHRONY BANK | 597.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4943 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 596.66 | 0.00 | 0.00 | 0.00 |
| Acct: 7624 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 3,492.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 944.95 | 0.00 | 0.00 | 0.00 |
| Acct: 2661 | | | | |
| LVNV FUNDING LLC | 285.70 | 0.00 | 0.00 | 0.00 |
| Acct: 1606 | | | | |
| LVNV FUNDING LLC | 593.16 | 0.00 | 0.00 | 0.00 |
| Acct: 2145 | | | | |
| INTERNAL REVENUE SERVICE* | 36,040.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3661 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7624 | | | | |
| MCCALLA RAYMER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 21-20281 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 7,563.91 |
| TOTAL CLAIMED | | |
| PRIORITY | 72,566.89 | |
| SECURED | 28,370.38 | |
| UNSECURED | 61,172.79 | |

Date: 11/09/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com